# United States District Court
## Southern District of Ohio at Columbus

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DONALD BINGHAM** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:  **2:08-CR-170**<br><br>USM Number:<br><br>Laura Byrum<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]  admitted guilt to violation of condition(s) <u>2,3 and Special Condition</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to submit monthly reports | January 2013 |
| 2 | Defendant failed to submit billing and payment documentation related to his business | |
| 3 | Defendant failed to make any payments towards his restitution obligation | |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  **3152** | March 20, 2013<br>Date of Imposition of Sentence |
| Defendant's Year of Birth:  **1965** | |
| City and State of Defendant's Residence<br>**2590 Silver Oak Dr**<br>**Columbus, OH 43232** | *s/George C. Smith*<br>Signature of Judicial Officer |
| | **GEORGE C. SMITH**, United States Senior District Judge<br>Name & Title of Judicial Officer |
| | March 26, 2013<br>Date |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 months**.

[**X**]  The court makes the following recommendations to the Bureau of Prison
**THE DEFENDANT BE DESIGNATED TO A FACILITY AS CLOSE TO COLUMBUS, OH AS POSSIBLE.**

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2:00 p.m. on ___.
[✔] as notified by the United States Marshal but no sooner than
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal